UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BRANDON D. ROSS,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, INC.,<br><br>Defendant. | Civil Action No. 1:14-cv-00411-LM<br>Civil Case Number: 216-2014-CV-00535<br>(Hillsborough County Superior Court) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

*NOW COMES* Plaintiff, Brandon D. Ross, and Discover Bank, incorrectly named as Discover Financial Services, Inc., by and through its attorneys, Goodwin Procter LLP, and hereby stipulate to a Dismissal with Prejudice of this case, with each party to bear its own attorney's fees and costs with all rights of appeal waived.

Dated: March 9, 2015

Respectfully submitted

| BRANDON D. ROSS | DISCOVER BANK |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Brandon D. Ross | /s/ Christopher J. Somma |
| Brandon D. Ross (#19881) | Christopher J. Somma (#17025) |
| 1650 Elm Street, Suite 202 | GOODWIN PROCTER LLP |
| Manchester, New Hampshire 03101 | Exchange Place |
| Tel. 603-369-6465 | 53 State Street |
| Fax. 603-369-6466 | Boston, MA 02109 |
| Brandon@bdrisslaw.com | Tel. 617-570-1000 |
| | Fax. 617-523-1231 |
| | csomma@goodwinprocter.com |

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 9, 2015.


Dated: March 9, 2015                                /s/ Christopher J. Somma
                                                             Christopher J. Somma (#17025)